UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

             Plaintiff,

   v.

BOB FERGUSON, et al.,

             Defendants.

Case No. C23-1302-RSM

REPORT AND RECOMMENDATION

Plaintiff Cortez Daundre Jones, proceeding pro se in this civil matter, filed an application to proceed *in forma pauperis* (IFP). Dkt. 1. In the application, Plaintiff indicates that he is not employed, has not received any money from any source in the past twelve months, has no cash on hand and no money in a checking or savings account, and has no monthly expenses. *Id*. at 1-2.

In indicating he has both no financial resources and no expenses, Plaintiff omits information necessary to the Court's determination. Plaintiff does not, for example, inform the Court how he pays for food, shelter, and any other basic life necessities. The information provided is also inconsistent with that contained in numerous other IFP applications Plaintiff recently filed in this Court. *See, e.g., Jones v. General Services Administration*, C23-1148-JCC,

REPORT AND RECOMMENDATION - 1

Dkt. 1 (reflecting a salary of $35,000, $324,000 from a business or other source and $32,000 in benefits received over the past twelve months, $324,000 in stocks, and $4,000 in regular monthly expenses); *Jones v. Harrell*, C23-1153-RSM, Dkt. 1 (same); *Jones v. Pornhub Community*, C23-1169-RAJ, Dkt. 1 (same).[1]  Plaintiff should not, under these circumstances, be authorized to proceed IFP.

The Court recommends the motion to proceed IFP, Dkt. 1, be DENIED, and that Plaintiff be directed to pay the applicable filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation.  If Plaintiff fails to pay the fee, the Clerk should close the file.

Dated this 31st day of August, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

---

[1] Plaintiff filed some fifty-six cases in this Court between August 2, 2023, and August 30, 2023.  In the current case, Plaintiff raises allegations against "Bob Ferguson family" as to, *inter alia*, a "robbery with Microsoft Corp, Satya Nadella & Google to prove Cortez Jones is homeless & not worth the investigation . . . ."  Dkt. 1-1 at 1.

REPORT AND RECOMMENDATION - 2