UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

        Plaintiff,

   v.

BOB FERGUSON, et al.,

        Defendants.

Case No. C23-1302-RSM

ORDER

This matter comes before the Court on the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge. Dkt. #5. Given the procedural history of this and Plaintiff's other cases, the Court on its own review finds no need for objections to be filed. Having reviewed the Report and Recommendations and the remaining record, the Court finds and ORDERS:

    (1) The Court ADOPTS the Report and Recommendation;

    (2) Plaintiff's Motion to Proceed IFP, Dkt. 1, is DENIED. Plaintiff is directed to pay the full filing fee of $402.00 within **thirty (30) days** of the date of signature below. If the filing fee is not paid, this case will be dismissed;

    (3) The Clerk shall file the complaint only on receipt of the filing fee. If no filing fee is

ORDER - 1

paid within **thirty (30) days** of the date of this Order, the Clerk is directed to close the file; and

    (4) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Vaughan.

    DATED this 1st day of September, 2023.

    RICARDO S. MARTINEZ
    UNITED STATES DISTRICT JUDGE

ORDER - 2